**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING AND EN BANC RECONSIDERATION

Appellate case name:    Mi Song Yun v. Mohamed aka Andrew Hajali

Appellate case number:  01-18-00961-CV

Trial court case number:  2014-27741

Trial court:              310th District Court of Harris County

On May 7, 2019, this Court issued its opinion and judgment dismissing this appeal for nonpayment of all required fees and for want of prosecution. Our mandate subsequently issued on July 19, 2019. On August 1, 2019, appellant filed a motion for rehearing and en banc reconsideration. We dismiss the motion for want of jurisdiction because it is untimely and our plenary power to grant the requested relief has expired. *See* TEX. R. APP. P. 19.1 (court of appeals' plenary power expires 60 days after judgment if no timely filed motion for rehearing or reconsideration); TEX. R. APP. P. 49.1 (requiring motion for rehearing to be filed within 15 days after court of appeals' judgment rendered); TEX. R. APP. P. 49.7(requiring motion for en banc reconsideration to be filed within 15 days after court of appeals' judgment rendered).

It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau_____
                              Acting for the Court

Panel consists of: Justices Keyes, Higley, and Landau.

Date: <u>August 20, 2019</u>